THE PEOPLE OF THE STATE OF NEW YORK ex rel. SARAH J. MARKS, Appellant and Respondent, against EDWARD J. GRENIER, Respondent and Appellant.

Argued May 21, 1937; decided June 11, 1937.

*Oswald Vischi* and *Robert Daru* for relator, appellant and respondent.

*Harold I. Gold* and *Edward J. Grenier* for defendant, respondent and appellant.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.